IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JACOB NASON,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

Case No.  5D21-2355
LT Case No. 2018-CF-1427

_____/

Decision filed July 26, 2022

3.850 Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

William R. Ponall, of Ponall Law,
P.A., Maitland, for Appellant.

No Appearance for Appellee.

PER CURIAM.

    AFFIRMED.

WALLIS, SASSO and WOZNIAK, JJ., concur.